Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKELLA MARTIN, | ) |
| | ) CASE NO.: 2:19-cv-04598-KK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) [~~PROPOSED~~] ORDER |
| ANDREW SAUL, | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00/100 ($2,250.00) subject to the terms of the stipulation.

DATED: January 6, 2020

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE